# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **ESDRAS GARCIA ALONZO** | **CIVIL DOCKET NO. 1:26-CV-0605** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## ORDER OF DISMISSAL

Considering the PETITIONER'S MOTION TO VOLUNTARY DISMISS HABEAS PETITION [Doc. 13];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 13] filed by Petitioner, Esdras Garcia Alonzo, is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 29th day of April 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE